UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,
                Plaintiff,

-v-

SEAN COMBS, *et al.*,
                Defendants.

24-CV-7772 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On October 16, 2024, Plaintiff filed a motion for leave to proceed anonymously in this case. (ECF No. 21.) Defendants may file any response in opposition to the motion within 30 days after being served with the complaint.

    SO ORDERED.

Dated: October 28, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge