UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>              *Plaintiff*,<br><br>      -against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,<br>              *Defendants*. | Case No.: 1:24-cv-07772 (JPO)<br><br>**NOTICE OF APPEARANCE** |

TO:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this Action as counsel for Defendant Bad Boy Records LLC ("BBRLLC"). The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

Dated:  January 10, 2025
          New York, NY

                                                        **PRYOR CASHMAN LLP**

                                                        By:  */s/ Donald S. Zakarin*
                                                                Donald S. Zakarin
                                                                 7 Times Square
                                                                New York, NY 10036
                                                                Tel: (212) 421 4100
                                                                dzakarin@pryorcashman.com

                                                                *Attorneys for Defendant BBRLLC*