January 29, 2025

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
500 Pearl Street
New York, NY 10007

        Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-07772 (JPO)

Dear Judge Oetken:

      We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

      The undersigned parties respectfully request that the Court's previously ordered deadline to submit a case management plan, currently scheduled for February 15, 2025, and initial pretrial conference, currently scheduled for February 18, 2025, be adjourned pending resolution of Defendants' anticipated motions to dismiss. *See* ECF #26. Per the stipulated deadline approved in the Court's prior order (ECF #32), Defendants intend to a file motions to dismiss the Complaint on or before March 11, 2025.

      All parties believe that it will be more efficient to defer discovery pending resolution of the anticipated motions to dismiss. If these motions are successful, they may result in complete dismissal of this action in its entirety or against certain defendants, which could significantly alter the scope of discovery that needs to be conducted.

      Discovery in this matter is further complicated by the impending criminal trial of Defendant Sean Combs, which is scheduled to begin before Judge Subramanian on May 5, 2025. *See USA v. Combs*, Case No. 24-cr-00542 (S.D.N.Y.). The parties agree that it is impractical to proceed with various aspects of fact discovery involving Mr. Combs until this criminal trial is concluded. Deferring a case schedule pending the motions to dismiss will therefore have the added benefit of allowing time for the criminal matter to conclude.

      This is the parties' first request for an adjournment of these deadlines.

Hon. J. Paul Oetken
January 29, 2025
Page 2 of 2

                                                    Respectfully submitted,

*/s/ Mark Cuccaro*  
Mark Cuccaro  
SHER TREMONTE LLP  
90 Broad Street, 23rd Fl.  
New York, New York 10004  
T: 212.202.2600  
mcuccaro@shertremonte.com  
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*  
Antigone Curis  
CURIS LAW, PLLC  
52 Duane Street, 7th Fl.  
New York, NY 10007  
(646) 335-7220  
antigone@curislaw.com  
*Counsel for Plaintiff John Doe*

*/s/ Donald S. Zakarin*  
Donald S. Zakarin  
PRYOR CASHMAN, LLP  
7 Times Square  
New York, NY 10036  
212-326-0108  
dzakarin@pryorcashman.com  
*Counsel for Defendant Bad Boy Records, LLC*