UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

          *Plaintiff*,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,

          *Defendants*.

Case No.: 1:24-cv-07772 (JPO)

**NOTICE OF VOLUNTARY DISMISSAL SOLELY OF DEFENDANT BAD BOY RECORDS LLC, PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John Doe, by and through his undersigned counsel, hereby gives notice that the above-captioned Action is voluntarily dismissed, without prejudice, solely as against Defendant Bad Boy Records LLC ("BBRLLC"). This voluntary dismissal is not with respect to any Defendant other than BBRLLC in the above-captioned Action. The same is acknowledged and agreed by BBRLLC, by and through its undersigned counsel.

Dated: New York, New York
      March 3, 2025

                                        **CURIS LAW, PLLC**

                                        By: _____
                                             Antigone Curis
                                        52 Duane Street, 7th Fl.
                                        New York, NY 10007
                                        (646) 335-7220
                                        antigone@curislaw.com

                                        — AND —

**THE BUZBEE LAW FIRM**
Anthony G. Buzbee
Texas Bar No. 24001820

— AND —

**AVA LAW GROUP**
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for John Doe*

**PRYOR CASHMAN LLP**

By: _____
Donald S. Zakarin
William L. Charron
Nicholas G. Saady
7 Times Square
New York, New York  10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for BBRLLC*

*The Clerk is directed to terminate Bad Boy Records LLC as a party.*

**SO ORDERED**

_____
J. PAUL OETKEN
United States District Judge

Dated: ___March 10___, 2025

2