UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JOHN DOE,

                Plaintiff,

          v.

SEAN COMBS, DADDY'S HOUSE
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS ENTERPRISES
LLC, BAD BOY ENTERTAINMENT HOLDINGS,
INC., BAD BOY PRODUCTIONS HOLDINGS,
INC., BAD BOY BOOKS HOLDINGS, INC., BAD
BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, AND ORGANIZATIONAL
DOES 1-10,

                Defendants.
------------------------------------x

Case No. 24-CV-07772 (JPO)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Mark Cuccaro, dated March 11, 2025, the exhibit annexed thereto, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (collectively, the "Combs Defendants," and excluding Mr. Combs, the "Company Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable J. Paul Oetken at the Thurgood Marshall United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, for an order dismissing with prejudice: (1) Plaintiff's Complaint (ECF #1) against the Company Defendants and (2) Plaintiff's claim under New York City's Gender Motivated Violence Law against all Combs Defendants.

Dated: March 11, 2025
     New York, New York

                              SHER TREMONTE LLP

                              */s/ Mark Cuccaro*
                              Mark Cuccaro
                              Michael Tremonte
                              Erica Wolff
                              Raphael A. Friedman
                              90 Broad Street, 23rd Floor
                              New York, NY 10004
                              (212) 202-2600
                              mcuccaro@shertremonte.com
                              mtremonte@shertremonte.com
                              ewolff@shertremonte.com
                              rfriedman@shertremonte.com
                              *Attorneys for Combs Defendants*