**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DONSHA TUCKER,

                      Plaintiff,

          v.

SEAN COMBS, DADDY'S HOUSE
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS ENTERPRISES
LLC, BAD BOY ENTERTAINMENT HOLDINGS,
INC., BAD BOY PRODUCTIONS HOLDINGS,
INC., BAD BOY BOOKS HOLDINGS, INC., BAD
BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, AND ORGANIZATIONAL
DOES 1-10,

                     Defendants.

Case No. 24-CV-07772 (JPO)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all prior proceedings herein, Defendants Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Company Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6) and Local Civil Rule 6.3, before the Honorable J. Paul Oetken at the Thurgood Marshall United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, for reconsideration of the Court's March 9, 2026 Opinion and Order (Dkt. #66) with respect to its denial of Company Defendants' motion to dismiss the Second Cause of Action in Plaintiff's Amended Complaint (Dkt. #63) as against the Company Defendants, seeking a revised order dismissing the Second Cause of Action with prejudice as against the Company Defendants.

Dated: March 23, 2025
      New York, New York

SHER TREMONTE LLP

*/s/ Mark Cuccaro*
Mark Cuccaro
Michael Tremonte
Erica Wolff
Raphael A. Friedman
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
mcuccaro@shertremonte.com
mtremonte@shertremonte.com
ewolff@shertremonte.com
rfriedman@shertremonte.com
*Attorneys for Combs Defendants*