UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONSHA TUCKER,
Plaintiff,

-v-

SEAN COMBS and
ORGANIZATIONAL DOES 1-10,
Defendant.

24-CV-7772 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 23, 2026, counsel for Defendant Sean Combs moved to withdraw as his counsel, citing nonpayment of legal fees and a breakdown of communication with Combs. Neither Plaintiff nor Combs has filed any opposition. Finding good cause for counsel's withdrawal, the Court hereby GRANTS the motion.

Within four weeks of the date of this order, Combs shall have new counsel appear or file a letter stating that he will appear *pro se* (that is, representing himself), with contact information.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases. *Pro se* parties should submit all papers to the Court in one of the following ways:

a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

b. mailing them or delivering them in person to the following address:

U.S. District Court
Southern District of New York
Pro Se Intake Unit, Room 250
500 Pearl Street
New York, New York 10007

There is additional information about proceeding *pro se* on the Court's website (https://nysd.uscourts.gov/prose).

Within seven days, Sher Tremonte shall serve this Order upon Defendant Combs by emailing a copy to Combs's power of attorney and by USPS Priority Mail to Defendant's current facility mailing address.

The Clerk of Court is directed to close the motion at ECF No. 79 and to terminate Michael Tremonte, Erica Ashley Wolff, Mark Elliot Cuccaro, and Raphael Asher Friedman as counsel.

SO ORDERED.

Dated: October 22, 2026
New York, New York

J. PAUL OETKEN
United States District Judge