UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONSHA TUCKER

**Case No. 24-CV-7772**

Plaintiff,

**NOTICE OF APPEARANCE**

-against-

SEAN COMBS,

Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, Louis Brett Goldman, Esq., of the law firm of Lydecker, hereby enters his appearance in this action as counsel for Defendant Sean Combs.

.

Dated: Melville, New York
November 17, 2026

**LYDECKER**

/s/ Louis Brett Goldman
**Louis Brett Goldman, Esq.**
200 Broadhollow Road, Suite 207
Melville, NY 11747
Telephone No.: (631) 260-1110
Facsimile No.: (631) 336-2030
Email: bgoldman@lydecker.com
*Incoming Attorneys for Defendant Sean Combs*